UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,  )
    Plaintiff,              )
                            )
v.                          ) Civil Action No. 05-10305 MLW
                            )
ONE 1993 BMW 325i           )
VEHICLE IDENTIFICATION NUMBER )
WBAF431XPEK09579;           )
REGISTRATION NUMBER 40RH40  )
    Defendant.              )

**COMPLAINT FOR FORFEITURE IN REM**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, in a civil action of forfeiture, alleges that:

1. This action is brought by the United States pursuant to 21 U.S.C. §881(a)(4). This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§1345, 1355, and 1356. Venue is appropriate pursuant to 28 U.S.C. §1395.

2. The in rem defendant is now and, during the pendency of this action, will be within the jurisdiction of this Court.

3. The in rem defendant is more particularly one red 1993 BMW 325i, VIN#WBAF431XPEK09579, bearing Massachusetts license plate 40RH40, registered to Michael Mills (hereinafter referred to as "the defendant vehicle").

4. As outlined in the Affidavit of Special Agent Paul L.D. Russell, Jr., (the "Russell Affidavit"), which is attached hereto and incorporated by reference, the United States has probable cause to believe that the defendant vehicle constitutes property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of a criminal drug violations pursuant to 21 U.S.C. §§841 and/or 846.

5.  By virtue of the facts alleged herein, the defendant vehicle is subject to forfeiture to the United States of America pursuant to 21 U.S.C. §881(a)(6).

WHEREFORE, the United States of America prays:

1.  that a Warrant and Monition, in the form submitted, issue to the United States Marshal for the District of Massachusetts, commanding her to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2.  that judgment of forfeiture be decreed against the defendant property;

3.  that thereafter the defendant properties be disposed of according to law; and

4.  for costs and all other relief to which the United States may be entitled.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN,
> United States Attorney
>
> By: /s/ Jennifer H. Zacks
> Jennifer H. Zacks
> Assistant U.S. Attorney
> 1 Courthouse Way, Suite 9200
> Boston, Massachusetts 02210
> (617) 748-3100

2

Date:    February __, 2005


## VERIFICATION

I, Paul L.D. Russell, Jr., Special Agent with the Drug Enforcement Administration, state that I have read the foregoing Complaint for Forfeiture in Rem, and the attached Affidavit, and the contents thereof are true to the best of my knowledge, information, and belief.

_____
Paul L.D. Russell, Jr.,
Special Agent


Subscribed and sworn to before me this //th day of February, 2005.


_____
Kay-Beth Whitten, NOTARY PUBLIC
My Commission expires: 5/15/2009

> KAY BETH WHITTEN
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> May 15, 2009

N:\Jamieson\J. Zacks\1993 BMW\Complaint for Forfeiture.wpd

**EXHIBIT 1**

<u>AFFIDAVIT OF PAUL L.D. RUSSELL, JR.</u>

05-10305 MLW

I, Paul L.D. Russell, Jr., hereby state the following under oath:

1. I am a Special Agent with the United States Drug Enforcement Administration ("DEA"), and am currently assigned to DEA Task Force One, in the Boston office. I have been employed as a Special Agent for approximately 22 years. During my employment with DEA, I have participated in over 300 narcotic investigations, involving a variety of illegal drugs, including crack cocaine, cocaine, methamphetamine and heroin. These investigations have resulted in the seizure of illegal drugs and/or proceeds and numerous arrests and convictions of drug users, sellers, and traffickers of controlled substances. Based on my training and experience, I am familiar with the methods used to package and distribute illegal drugs, the codes and shorthand employed in the illegal narcotics business, and the techniques used to conceal illegal drugs, their distribution and their proceeds from law enforcement.

2. I submit this application in support of a Complaint for Forfeiture <u>in rem</u>, pursuant to 21 U.S.C. §881(a)(4), against the following property:

> One red 1993 BMW 325I, VIN#WBAF431XPEK09579, bearing Massachusetts license plate 40RH40, registered to Michael Mills (the BMW),

which was used or intended to be used to facilitate the

transportation, sale, receipt, possession, or concealment of illegal narcotics in violation of Title 21, United States Code, Section 841 and/or 846.

3. This affidavit is based on an investigation conducted by a multi-unit law enforcement task force consisting of the Massachusetts State Police (Middlesex County), DEA, Somerville, Medford, Cambridge, Malden, Everett, and Stoneham Police Departments. It includes information based on my own personal knowledge, as well as information obtained from other law enforcement officers and my review of records and reports. This affidavit does not contain all information obtained by law enforcement officers in the course of this investigation, but is limited to that information necessary to support the complaint for forfeiture.

4. A cooperating individual (CI1) informed law enforcement that "Mike," CI1's source of supply for cocaine, would deliver an eighth of an ounce of cocaine to CI1 on August 20, 2004 at approximately 7:00 P.M. CI1 specified that the drug delivery would take place outside the Town Line Bowling Alley, located on Route 99, near the Malden/Melrose City line. CI1 also stated that "Mike" would be driving a red BMW.

5. On August 20, 2004, at approximately 6:45 P.M., along with a number of other task force agents, I established surveillance in the vicinity of Town Line Bowling Alley. At

2

approximately 7:45 P.M., I observed a red BMW with Massachusetts license plate 40RH40,, containing a white male, later identified as Michael Mills (Mills), enter the Town Line Bowling Alley parking lot. Shortly thereafter, the BMW was observed exiting the lot and proceeding south on Route 99.

6. The officers attempted to conduct a motor vehicle stop of the BMW, pulling up beside the BMW with a number of unmarked police cars equipped with blue lights and sirens and verbally identifying themselves as police. However, Mills, instead of stopping, attempted to elude the police, driving at an extremely high rate of speed south on Route 99. Mills then turned onto Salem Street, a residential street, where he steered the car onto the sidewalk and continued to drive at a speed of approximately 60 to 70 miles per hour.

7. During the chase, Mills had his car windows rolled down and was observed to be holding plastic bags in his teeth and, while driving with one hand, discarding the contents of the plastic bags and the plastic bags themselves out the righthand side window. Mills disposed of approximately two or three plastic bags in this manner. Massachusetts State Trooper David Martinelle later recovered one of the plastic bags on the street where it had been thrown. The plastic bag was determined to contain cocaine residue.

8. Mills came to a stop only after his car had been boxed in by police vehicles. At this point, Mills was advised of his

rights and taken to the Revere State Police Barracks for processing. When Mills was stopped, the officers could see white powder on Mills' clothing and in the BMW. The powder on the floor and the driver's seat of the BMW was later determined to be cocaine residue.

9. Mills was charged in state court with possession to distribute cocaine, conspiracy to distribute cocaine, and various motor vehicle violations. Mills is currently out on bail and his next scheduled court appearance is March 28, 2005.

### Conclusion

Based upon the facts stated above, there is probable cause to believe that the BMW was used, or was intended to be used, to transport, sell, receive, possess, or conceal cocaine. Accordingly, there is probable cause to believe that the BMW is forfeitable to the United States of America pursuant to 21 U.S.C. §881(a)(4).

Signed under the pains and penalties of perjury this 11 day of February, 2005.

_____
Paul L.D. Russell, Jr.,
Task Force Agent
United States Drug Enforcement
Administration

C:\Documents and Settings\JJamieson\Local Settings\Temporary Internet Files\OLK19\xPaul Russell Affidavit.wpd040401

4

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

United States of America

*IN CLERKS OFFICE*
*2005 FEB 15 P 1:43*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

**DEFENDANTS**

One 1993 BMW 325i

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 617-748-3100

Jennifer H. Zacks, Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200, Boston, MA 02210

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

The U.S. seeks to forfeit One 1993 BMW 325i, pursuant to 21 United States Code; Section 881(a)(n), for alleged drug violations.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY
JUDGE _____    DOCKET NUMBER _____

DATE: 2/15/2005

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

Jennifer H. Zacks, Assistant U.S. Attorney

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __U.S. v. One 1993 BMW 325i__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    XX  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES ☐   NO ☒

    If so, is the u.s.a. or an officer, agent or employee of the u.s. a party?

    YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 usc §2284?

    YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the commonwealth of massachusetts ("governmental agencies"), residing in massachusetts reside in the same division? - (See local rule 40.1(d)).

    YES ☐   NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ☐   Central Division ☐   Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Jennifer H. Zacks, AUSA__
ADDRESS __United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210__
TELEPHONE NO. __(617) 748-3100__

(Cover sheet local.wpd - 09/12/02)