UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>            Plaintiff,     )<br>                              )<br>     V.                       )<br>                              )<br>ONE 1993 BMW 325I             )<br>VEHICLE IDENTIFICATION NUMBER )<br>WBABF431XPEK09579;            )<br>REGISTRATION NUMBER 40HT40    )<br>            Defendant.        ) | Civil Action No. 05-10305-MLW |

### UNITED STATES' CONSENT TO THE REASSIGNMENT
### OF THIS CASE TO A MAGISTRATE JUDGE

Pursuant to 28 U.S.C. §636(c)(1) and (3), the United States hereby consents to the re-assignment of this case to a Magistrate Judge.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/Jennifer H. Zacks
      Jennifer H. Zacks
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3100

Date: July 1, 2005

CERTIFICATE OF SERVICE

    I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing, was served upon Gerard R. LaFlamme, Jr., LeFlamme, Barron & Chabot, 114 Kenoza Avenue, Haverhill, MA 01830, by first class mail, postage prepaid.

                                                   *Jennifer H. Zacks*
                                                   Jennifer H. Zacks
                                                   Assistant U.S. Attorney

Date: July 1, 2005