UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|         Plaintiff,     ) | |
|      ) | |
| v.     ) | Civil Action No. 05-10305-LTS |
|      ) | |
| ONE 1993 BMW 325I VEHICLE    ) | |
| VIN WBABF431XPEK09579 AND    ) | |
| MASSACHUSETTS REG. NO.40HT40[1]  ) | |
|      ) | |
|         Defendant.     ) | |

FILED
IN CLERKS OFFICE

2005 OCT 21  A 10: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant vehicle, described herein as one red BMW 325I, bearing Vehicle Identification Number WBABF431XPEK09579, and Massachusetts Registration No. 40HT40 (the "Defendant Vehicle"), is hereby forfeited to the United States of America pursuant to 21 U.S.C. §881(a)(4);

3. That any claim of interest of Michael Mills, and any other parties claiming any right, title, or interest in or to the Defendant Vehicle, is hereby held in default and dismissed, having been defaulted on September 22, 2005;

---

[1] The original caption of this case inadvertently stated an incorrect Massachusetts registration number. The current caption contains the corrected registration number.

4.  That the United States of America, through the United States Marshals Service, shall retain the Defendant Vehicle in its secure custody and control, and shall dispose of it in accordance with law;

5.  That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
LEO T. SOROKIN
United States Magistrate Judge

Date: _Oct. 31, 2005_2005